UNITED STATES ex rel. Charles CARPY, W. A. T. Agard, F. H. Stewart et al., Appellants, v. Hubert WORK, Secretary of the Interior, Appellee.

(Court of Appeals of District of Columbia. Submitted December 8, 1925. Decided January 4, 1926. Petition for Rehearing Denied January 16, 1926.)

No. 4367.

F. E. Scott and A. H. Jarman, both of Washington, D. C., for appellants.

O. H. Graves and D. V. Hunter, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This is a companion case to No. 4366, United States ex rel. Jarman v. Work, Secretary of the Interior, 10 F.(2d) 989, —— App. D. C. ——, this day decided. It is unnecessary to review the facts, since it comes clearly within the rulings of the Supreme Court in the cases of Work v. Rives, 45 S. Ct. 252, 267 U. S. 175, 69 L. Ed. 561, and Work v. Chestatee, 45 S. Ct. 256, 267 U. S. 185, 69 L. Ed. 566. There is nothing in the record

which discloses arbitrary or capricious conduct on the part of the Secretary in disposing of the plaintiff's claim.

The judgment is affirmed, with costs.